[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-16888
Non-Argument Calendar
_____

D.C. Docket No. 8:10-cr-00211-VMC-MAP-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTWON STUCKEY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(June 20, 2017)

Before TJOFLAT, HULL, and WILLIAM PRYOR Circuit Judges.

PER CURIAM:

    Robert Godfrey, appointed counsel for Antwon Stuckey, in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant, because, in his opinion, the appeal is without merit.  Counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Stuckey's convictions and sentences are AFFIRMED.